UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2009 JUN -4  A 10: 20

TRAVIS RICHARDSON (#450603)

VERSUS

CCR KIMBERLY W. FORD

CIVIL ACTION

NO. 09-183-RET-CN

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland (doc. 8) dated March 16, 2009. Plaintiff has filed an objection which merely restate legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's action is hereby dismissed as frivolous and for failure to state a claim upon which relief may be granted within the meaning of 28 U.S.C. § 1915(e), with prejudice to its being asserted again until the conditions set forth in *Heck v. Humphrey*, *supra*, are met.

Baton Rouge, Louisiana, June 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA